UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
AXA XL INSURANCE COMPANY, :
*as subrogee of* BENTELER :
AUTOMOTIVE, CORP., :
: 21 Civ. 8622 (JPC)
                            Plaintiff, :
: ORDER
      -v- :
:
KUEHNE + NAGEL INC., :
                     Defendants. :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

     Plaintiff AXA XL Insurance Company filed the Complaint in this case on October 20, 2021. *See* Dkt. 1. Yet no summons has issued, and no proof of service has been filed. By December 29, 2021, Plaintiff shall file a letter updating the Court on the status of this case.

     SO ORDERED.

Dated: December 27, 2021
       New York, New York
                                            JOHN P. CRONAN
                                        United States District Judge