JOHN F RYAN, ESQ.        320 8ᵀᴴ AVE. SUITE 2R
                         BROOKLYN, NY 11215
                         TEL. 718-938-7620
                         john.ryan@johnfryancounseloratlaw.com

December 29, 2021

The Honorable John P. Cronan
United States District Court Judge
USDC SDNY
500 Pearl Street, Room 2230
New York, NY 10007

RE: Benteler Automotive
    V. Kuehne + Nagel, Inc.,
    d/b/a Blue Anchor
    21-cv-08622(JPC) (GWG)

Dear Judge Cronan:

    I write to provide a status of the captioned litigation pursuant to the Court's Order of December 27, 2021.
    On October 25, 2021 this office filed an Amended Complaint, dkt. # 3 and on October 27, 2021 filed a Request for Issuance of Summons dkt.#6, on October 28, 2021 an Electronic Summons was issued dkt. # 8.

On November 3, 2021 this office by email forwarded the Amended Complaint, Summons and Waiver of Service request to Ms. Wanda Sanchez of Nacora Insurance & Claims Service Center a representative of Kuehne + Nagel d/b/a Blue Anchor America Line. We requested that she or someone else sign and return the waiver. In addition I engaged Ms. Sanchez in a discussion to possibly settle the matter. On November 16, 2021 Ms. Sanchez proposed a counter offer regarding settlement which I advised I needed to forward to my client. It took some time for my client to respond. In early December it became clear that there were some complicating issues which needed to be discussed.

During the week of December 13th I called Ms. Sanchez to discuss this matter including the waiver of service, leaving a voice mail on 2 occasions. On December 17 I wrote to Ms. Sanchez and learned by auto reply that Ms. Sanchez had been out of her office since December 14th and that she would not return until December 27th.

On December 28th I spoke with Ms. Sanchez, she advised me that the waiver would be signed by the start of the week of January 3rd and that she would provide me with the present status with respect to the complicating issues which interrupted our prior settlement discussions.

In consideration of the foregoing we request that the Court reschedule the January 3rd conference date to February

This request is granted. The IPTC scheduled for January 3, 2022, at 11:00 a.m. is adjourned until February 3, 2022, at 10:30 a.m.

SO ORDERED.

Date:   December 30, 2021
        New York, New York

JOHN P. CRONAN
United States District Court

PAGE 2