UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
       :
AXA XL INSURANCE COMPANY,       :
*as subrogee of* BENTELER AUTOMOTIVE, CORP.,   :
       :
       Plaintiff,       :       21 Civ. 8622 (JPC)
       :
    -v-       :       <u>ORDER</u>
       :
KUEHNE + NAGEL INC.,       :
       Defendants.       :
       :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       On February 11, 2022, the Court ordered Defendant to "file its answer to the Complaint by February 28, 2022 if the case is not terminated by that date." Dkt. 18. Plaintiff has not terminated the case, nor has Defendant filed its answer. The Court has been alerted, however, that the parties have reached settlement on all issues. *See* Dkt. 19. The Court therefore adjourns *sine die* the Initial Pretrial Conference scheduled for March 4, 2022 at 10:00 a.m. If the case is not terminated by March 10, 2022, then by that date the parties shall file a joint letter updating the Court on the status of this case.

       SO ORDERED.

Dated: March 3, 2022
       New York, New York

                                                       JOHN P. CRONAN
                                                    United States District Judge